# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: Application for Exemption from the Electronic Public Access Fees for Sudha Mani | ) ) ) | Miscellaneous Business Docket No. 18-mc– 91413 -PBS |

## ORDER

This matter is before the Court upon the application and request by Sudha Mani for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Sudha Mani, an individual researcher associated with an educational institution, falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Ms. Mani has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, Ms. Mani shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred in the course of researching civil cases involving contract enforcement. Ms. Mani shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1. this fee exemption applies only to Ms. Mani, PACER Account No. 3524811, and is valid only for the purposes stated above;
2. this fee exemption applies only to the electronic case files of this court that are available through the PACER system;
3. by accepting this exemption, Ms. Mani agrees not to sell for profit any data obtained as a result of receiving this exemption;
4. Ms. Mani is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases;
5. this exemption is valid until October 31, 2019.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

Dated this 2 day of October, 2018.

_____
Patti B. Saris, Chief Judge